**Order entered March 10, 2015**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00977-CR

**GERARDO GOMEZ-MACIEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-32880-M**

## ORDER

The Court **REINSTATES** this appeal.

On March 4, 2015, we ordered the trial court to make findings regarding whether the record could be supplemented with certain exhibits due to court reporter Sharina Fowler's failure to comply with previous orders of the Court regarding those exhibits. We have not received the trial court's findings. However, on March 5, 2015, Ms. Fowler filed an amended Volume 7 that has clear copies of the exhibits. The Court does not approve of Ms. Fowler's failure to comply with this Court's orders. Nevertheless, in the interest of expediting the appeal, we **VACATE** the March 4, 2015 order requiring findings.

We **GRANT** appellant's March 3, 2015 motion to extend time to file his brief. We **ORDER** appellant to file his brief within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Sharina Fowler, deputy official court reporter, 194th Judicial District Court; the Dallas County Auditor; and to counsel for all parties.


/s/     ADA BROWN
        JUSTICE